**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

FILED
SEP -3 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ANTHONY JEFFERSON, #09128-016,

    Petitioner,

v.                                                ACTION NO. 2:10cv39

U.S. PAROLE COMMISSION, and

SUPERINTENDENT FRAZIER

    Respondents.

## FINAL ORDER

Petitioner, a Virginia inmate, has submitted a pro se petition, pursuant to 28 U.S.C. § 2241. The petition alleges violation of federal rights pertaining to the calculation and duration of Petitioner's sentence imposed by the District of Columbia Superior Court.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for Report and Recommendation. The Report of the Magistrate Judge was filed on July 26, 2010, recommending dismissal of the petition. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the United States Magistrate Judge's Report and Recommendation and the time for filing objections has expired.

The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed July 26, 2010, and it is, therefore

ORDERED that the petition be DENIED and DISMISSED on the merits.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 60 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to the petitioner and to counsel of record for the respondent.

/s/
Mark S. Davis
United States District Judge

Norfolk, Virginia

September 3, 2010